March 31, 2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,

        -v-

        ,    Defendant(s).
------------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEOCONFERENCE**

_____-CR-_____(___) (___)

Defendant _____ hereby voluntarily consents to participate in the following proceeding via videoconferencing:

___    Initial Appearance/Appointment of Counsel

___    Arraignment (If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___    Preliminary Hearing on Felony Complaint

___    Bail/Revocation/Detention Hearing

___    Status and/or Scheduling Conference

___    Misdemeanor Plea/Trial/Sentence

Marina Zak By:

/s/ *[signature]*                               *Florian Miedel*
_____        _____
Defendant's Signature                                  Defense Counsel's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

_____        _____
Print Defendant's Name                                Print Defense Counsel's Name

This proceeding was conducted by reliable videoconferencing technology.

1/15/2021                                                 *[signature]*
_____                _____
Date                                                     U.S. District Judge/U.S. Magistrate Judge