

March 9, 2021

Hon. John P. Cronan
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

           Re:    *United States v. Marina Zak*
                   20-CR-681 (JPC)

Dear Judge Cronan:

      Following her arrest on December 16, 2020, Magistrate Judge Lehrburger released Marina Zak on a $50,000 personal recognizance bond. Among the conditions of her release was the requirement that she restrict her travel to the SDNY and EDNY.

      Without opposition from Pretrial Services and the government, I write to respectfully request a modification of Ms. Zak's bond to permit her to travel to New Jersey on March 13, 2020. She has been invited by friends in Edgewater, New Jersey, to celebrate the March 8 International Day of Women, an all-day event culminating at a restaurant in Edgewater. She would leave her Staten Island home in the morning and return in the evening on March 13th. If permitted to go, she will keep Pretrial Services abreast of her plans.

      I have conferred with both the government and Pretrial Services about this request, and neither takes a position.

      Thank you for your consideration.

It is hereby ORDERED that Ms. Zak's request is GRANTED.
Ms. Zak may travel to New Jersey on March 13, 2021.

SO ORDERED.

Date:   March 9, 2021
         New York, New York

_____
JOHN P. CRONAN
United States District Judge

Respectfully Submitted,

/s/

Florian Miedel
*Attorney for Marina Zak*

cc:   AUSA Chiuchiolo
      Pretrial Services