March 31, 2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

UNITED STATES OF AMERICA,

        -v-

                ,           Defendant(s).
----------------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEOCONFERENCE**

_____-CR-_____(___) (___)

Defendant _____ hereby voluntarily consents to participate in the following proceeding via videoconferencing:

___    Initial Appearance/Appointment of Counsel

___    Arraignment (If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___    Preliminary Hearing on Felony Complaint

___    Bail/Revocation/Detention Hearing

___    Status and/or Scheduling Conference

___    Misdemeanor Plea/Trial/Sentence

/s/ Marina Zak                                              Florian Miedel
_____     _____
Defendant's Signature                                   Defense Counsel's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

_____     _____
Print Defendant's Name                                Print Defense Counsel's Name

This proceeding was conducted by reliable videoconferencing technology.

3/8/2021                                                         _____
_____
Date                                                                     U.S. District Judge/U.S. Magistrate Judge