

July 19, 2021

Hon. John P. Cronan
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

                Re:    ***United States v. Marina Zak***
                        ***20-CR-681 (JPC)***

Dear Judge Cronan:

      Marina Zak is scheduled to appear before the Court for a conference on July 26, 2021. I write to request permission for my law partner, Aaron Mysliwiec, to appear on behalf of Ms. Zak at the conference, since I will be out of the city that day. (At the time the conference was set I was under the impression that it would be conducted remotely. I apologize for that mistake). Mr. Mysliwiec has been fully briefed on the case, and Ms. Zak consents to the temporary substitution.

      Thank you for your consideration.

                                          Respectfully Submitted,

                                          /s/

                                          Florian Miedel
                                          *Attorney for Marina Zak*

cc.     All Counsel

> This request is granted. Aaron Mysliwiec may appear on behalf of Ms. Zak at the July 26, 2021 conference.
>
> SO ORDERED.
>
> Date: July 20, 2021
> New York, New York
>
>                             JOHN P. CRONAN
>                             United States District Judge