

September 27, 2021

Hon. John P. Cronan
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

> The application is denied. Mr. Mysliwiec may appear with Ms. Zak at the October 13, 2021 conference. If Mr. Miedel also wishes to participate remotely, he may do so but must advise the Court no later than October 8, 2021.
>
> SO ORDERED.
> Date: September 28, 2021
> New York, New York
>
> _____
> JOHN P. CRONAN
> United States District Judge

Re:   **United States v. Marina Zak**
       **20-CR-681 (JPC)**

Dear Judge Cronan:

Marina Zak is scheduled for a status conference before Your Honor on October 13, 2021, at 10:30 a.m. I write, with the consent of the government, to advance the status conference to the week of October 4.

I am scheduled to start a trial in the Southern District of Ohio on October 18. The Court's final pretrial conference is set for the morning of October 13th, and I will be residing in Cincinnati starting on October 12 for the duration of the trial. I will not be available for an in-person conference October 12 or later until the middle or end of November.

Accordingly, I respectfully request that Ms. Zak's conference be moved to the week before, ideally October 6 or October 8. Alternatively, if changing the conference date is not practicable, I would ask for permission to have my law partner, Aaron Mysliwiec, appear with Ms. Zak at the October 13 conference.

Thank you for your consideration.

Respectfully Submitted,

/s/

Florian Miedel
*Attorney for Marina Zak*

cc:   All Counsel