

February 10, 2022

Hon. John P. Cronan
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

        Re:    ***United States v. Marina Zak***
                **20-CR-681 (JPC)**

Dear Judge Cronan:

    Following her arrest on December 16, 2020, Magistrate Judge Lehrburger released Marina Zak on a $50,000 personal recognizance bond. Among the conditions of her release was the requirement that she restrict her travel to the SDNY and EDNY.

    I write to respectfully request a modification of Ms. Zak's bond to permit her to travel to Atlantic City, New Jersey this weekend, February 11-13. She has been invited by a friend to spend the weekend. The government does not object. I have reached out to Ms. Zak's Pretrial Services officer, and have not heard back.

    Thank you for your consideration.

                            Respectfully Submitted,

                            /s/

                          Florian Miedel
                          *Attorney for Marina Zak*

cc:    AUSAs Nessim and Chiuchiolo
       Pretrial Services

This request is granted. Ms. Zak may travel to Atlantic City, New Jersey from February 11, 2022 until February 13, 2022. Ms. Zak must provide travel itinerary prior to her leave to Pretrial Services.

SO ORDERED.
Date: February 10, 2022
New York, New York

                          JOHN P. CRONAN
                          United States District Judge