

July 21, 2022

Hon. John P. Cronan
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

> This request is granted. Mr. Miedel and Ms. Zak are excused from the July 26, 2022 conference. A change of plea hearing for Defendant Marina Zak is scheduled for August 11, 2022 at 4:30 p.m. The hearing will take place in Courtroom 12D of 500 Pearl Street, New York, NY 10007.
>
> SO ORDERED.
> Date: July 22, 2022
> New York, New York
>
> _JOHN P. CRONAN_
> United States District Judge

Re: **United States v. Marina Zak**
**20-CR-681 (JPC)**

Dear Judge Cronan:

The Court has scheduled a pretrial conference for the remaining defendants in this case for Tuesday, July 26, 2022. I represent Marina Zak and respectfully request for the appearances of Ms. Zak and me to be excused at the conference.

I have been engaged in plea negotiations with the government, and we expect a resolution imminently. Ms. Zak will not be going to trial, and will plead guilty in the near future – certainly before August 15. I am currently out of the city, and Ms. Zak is employed and would have to take the day off, and in light of these circumstances, I respectfully request that our appearances be waived.

If the Court denies this request, I would alternatively ask that my law partner, Aaron Mysliwiec, who has appeared on this case before, be permitted to replace me at the conference. He is fully briefed on the particulars of this case.

The government does not oppose either request.

Thank you for your consideration.

Respectfully Submitted,

/s/

Florian Miedel
*Attorney for Marina Zak*

cc:     All Counsel

80 Broad Street, Suite 1900 • New York, New York 10004 • (T) 212-616-3042 • (F) 800-507-8507 • www.fmamlaw.com