

December 16, 2022

Hon. John P. Cronan
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

                    Re:    ***United States v. Marina Zak***
                            ***20-CR-681 (JPC)***

Dear Judge Cronan:

      Following her arrest on December 16, 2020, Magistrate Judge Lehrburger released Marina Zak on a $50,000 personal recognizance bond. Among the conditions of her release was the requirement that she restrict her travel to the SDNY and EDNY.

      Without objection from Pretrial Services and the government, I write to respectfully request a modification of Ms. Zak's bond to permit her to travel to Pittsburgh, Pennsylvania, on December 31, 2022, to return on January 1, 2023. She and her family have been invited to spend New Year's at a friend's house in Pittsburgh. If permitted to go, she will keep Pretrial Services abreast of her plans.

      As noted, I have conferred with both the government and Pretrial Services about this request, and neither objects.

      Thank you for your consideration.            Respectfully Submitted,

                                                          /s/

cc.    Government counsel

                                               Florian Miedel
                                               *Attorney for Marina Zak*

        Pretrial Services

The request is granted. Defendant Marina Zak's conditions of release are modified to allow her to travel to Pittsburgh, Pennsylvania from December 31, 2022 to January 1, 2023. Defendant shall submit an itinerary to Pretrial Services prior to her departure.

The Clerk of Court is respectfully directed to close the motion pending at Docket Number 319.

SO ORDERED.
Date: December 17, 2022          _____
New York, New York               JOHN P. CRONAN
                                   United States District Judge