

Hon. John P. Cronan
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

                          Re:    *United States v. Marina Zak*
                                 20-CR-681 (JPC)

Dear Judge Cronan:

       Ms. Zak is currently scheduled to be sentenced on January 8. 2025. With the consent of the government, I respectfully request an adjournment of sentencing of approximately 30 days.

       Earlier today, the Court issued a directive for the defense to notify the Court whether it was waiving the 35-day notice requirement of Fed. R. Crim. Proc. 32(e)(2). For reasons of scheduling, I was already planning to ask the Court for an adjournment of sentencing, and the late disclosure of the PSR and the intervening holidays presents another reason. Accordingly, I respectfully request Ms. Zak's sentencing to be adjourned to early February, to a date convenient to the Court. I have conferred with the government, which consents to the request.

       Thank you for your consideration.

                                              Respectfully Submitted,

                                              /s/

                                              Florian Miedel
                                              *Attorney for Marina Zak*

Cc:    All Counsel (ECF)

    The request is granted. The sentencing hearing currently scheduled for January 8, 2025 is adjourned to February 4, 2025 at 1:00 p.m. The Clerk of Court is respectfully directed to close Docket Number 593.

SO ORDERED.
Date: December 6, 2024
New York, New York

JOHN P. CRONAN
United States District Judge

Miedel & Mysliwiec LLP
52 Duane Street, 7th Floor • New York, New York 10007 • (T) 212-616-3042 • (F) 800-507-8507 • www.fmamlaw.com