UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
UNITED STATES, :
:
:
:
-v-  :  20 Cr. 681 (JPC)
:
MARINA ZAK, : ORDER
:
Defendant. :
:
------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

At the request of the Probation Department, and with Defendant's consent, Defendant's order of restitution is modified such that she must pay ten percent of her gross monthly income towards her restitution obligation.  *See* Dkt. 624.

SO ORDERED.

Dated: June 9, 2025
New York, New York

_____
JOHN P. CRONAN
United States District Judge